**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

MICHAEL TIMMS,

    Plaintiff,

v.

WARDEN DEAL; CO HUTCHISON; SGT. PREJETT; and CO JHOSON,

    Defendants.

CIVIL ACTION NO.: 6:19-cv-55

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9). No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction and **DISMISSES** Plaintiff's claims against Defendant Warden Deal. Plaintiff's failure to protect, excessive force, deliberate indifference, and procedural due process claims remain pending. Doc. 10.

**SO ORDERED**, this 11th day of March, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA