**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| MICHAEL TIMMS,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN DEAL; CO HUTCHISON; SGT. PREJETT; and CO JHOSON,<br><br>    Defendants. | CIVIL ACTION NO.: 6:19-cv-55 |

**O R D E R**

This matter comes before the Court on Plaintiff's Motion to Dismiss Complaint. (Doc. 12.) Plaintiff asks the Court to dismiss his Complaint against all Defendants. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** Plaintiff's Motion to Dismiss and **DISMISSES** Plaintiff's Complaint **without prejudice**. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 18th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA